## 50818. HUFF v. G. A. C. FINANCE CORPORATION.

BELL, Chief Judge.
It was error for the trial court to deny defendant's motion to set aside the default judgment in this case as the note attached to the complaint is identical to the note held void in *Hardy v. G. A. C. Finance,* 131 Ga. App. 282 (205 SE2d 526); aff'd 232 Ga. 632 (208 SE2d 453).
*Judgment reversed. Webb and Marshall, JJ., concur.*

ARGUED JUNE 16, 1975 — DECIDED JULY 16, 1975.

*Myron N. Kramer,* for appellant.
*Lucian Lamar Sneed, John W. Bland, Jr.,* for appellee.